### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

_____

| | | |
|---|---|---|
| LISA BROOKS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 2:18-cv-02278-JPM-cgc |
| | ) | |
| WESTLAKE FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

_____

### ORDER GRANTING MOTION TO DISMISS AND TO COMPEL ARBITRATION
_____

This Cause was before the Court on October 17, 2018, for a Telephonic Status Conference.  Counsel present for Plaintiff Lisa Brooks was Frank H. Kerney, III.  Counsel present for Defendant Westlake Financial Services, LLC was Bertis Echols.  During the conference, Plaintiff's counsel expressed that Lisa Brooks does not oppose Defendant's Motion to Dismiss, or in the Alternative, to Stay Litigation and Compel Arbitration.  (ECF No. 21.)  The Parties agree that arbitration is required in this case.  Pursuant to the Court's oral ruling adopting the position set out by the movant during the conference, Defendant's Motion to Dismiss and Compell Arbitration is GRANTED.  This action is DISMISSED.

**IT IS SO ORDERED**, this 17th day of October, 2018.

       /s/ Jon McCalla
       JON P. McCALLA
       UNITED STATES DISTRICT JUDGE