# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| LISA BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 2:18-cv-02278-JPM-cgc |
| | ) | |
| WESTLAKE FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Motion to Dismiss, or, in the Alternative, to Stay Litigation and Compel Arbitration, filed on August 15, 2018 (ECF No. 21), and the Court having entered an Order Granting Motion to Dismiss and to Compel Arbitration (ECF No. 25),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Dismiss and to Compel Arbitration, this action is DISMISSED.

**APPROVED:**
 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 10/17/18
Date